Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>DANA NORRIS,<br><br>Defendant. | CASE: 6:12-MJ-0057-MJS<br><br>STIPULATION TO MOVE STATUS CONFERENCE DATE AND ORDER THEREON.<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, Defendant, Dana Norris, and her attorney of record, Andras Farkas, that the Status Conference in the above-captioned matter currently scheduled for December 4, 2012, be moved to May 7, 2013, at 10:00 a.m. Sacramento DOJ lab informed the Government officer that lab results will be completed in four to five months.

Dated: November 29, 2012         /s/ Matthew McNease
                                  Matthew McNease
                                  Acting Legal Officer for
                                  National Park Service

Dated: November 29, 2012         /s/ Andras Farkas
                                  Andras Farkas
                                  Attorney for
                                  Dana Norris

1

\*\*\* ORDER \*\*\*

The Court, having reviewed the above stipulation and request to move the Status Conference, from December 4, 2012, to May 7, 2013, at 10:00 a.m., accepts and adopts the stipulation and HEREBY ORDERS AS FOLLOWS:

> The December 4, 2012 Status Conference is continued to May 7, 2013 at 10:00 a.m. to allow for completion of testing of evidence.

IT IS SO ORDERED.

Dated:   November 29, 2012          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE